People of State of Illinois, Defendant in Error, v.
Gerald L. K. Smith, Plaintiff in Error.
People of State of Illinois, Defendant in Error, v. Don
Lohbeck, Plaintiff in Error.

Gen. Nos. 43,756, 43,757.

opinion filed October 14, 1946; rehearing denied October 28, 1946; released for publication October 28, 1946. Maximilian J. St. George and Albert W. Dilling, for plaintiffs in error; William J. Tuohy, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, W. S. Miroslawski, Joseph A. Pope and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.